1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  DENISE M. OKI (CABN 311212)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7196
7       FAX: (415) 436-7234
        Email: Denise.Oki@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-cr-0072 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING** |
| v. | Date: May 15, 2018, 11:00am |
| FELICIANO ARANDA and PARKER PROWELL, | Court: Hon. Elizabeth D. Laporte |
| Defendants. | |

The parties are in continued discussions to resolve this matter and request that the status hearing currently scheduled for May 15, 2018 at 11:00 a.m. in the above-captioned matter be continued to May 29, 2017 at 11:00 a.m.

DATED: May 10, 2017                    Respectfully submitted,

                                       ALEX G. TSE
                                       Acting United States Attorney


                                       _____/s/_____
                                       DENISE M. OKI
                                       Special Assistant United States Attorney

STIPULATION TO CONT STATUS
CR 18-072 EDL                          1

DATED: May 10, 2017 /s/
DANIEL BLANK
Attorney for Feliciano Aranda

DATED: May 10, 2017 /s/
BRENDAN HICKEY
Attorney for Parker Prowell

## [PROPOSED] ORDER

For the reasons stated above, the Court continues the change of status hearing set in this case for May 15, 2018 at 11:00 a.m. to May 29, 2018 at 11:00 a.m.

IT IS SO ORDERED.

DATED: May 14, 2018

*Elizabeth D. Laporte*
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge